PEOPLE *v* REDD. Appeal from Oakland, Arthur E. Moore, J. Submitted Division 2 December 8, 1971, at Grand Rapids. (Docket No. 12296.) Decided January 28, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *Thomas G. Plunkett*, Prosecuting Attorney, and *William G. Wolfram*, Assistant Prosecuting Attorney, for the people.

*T. Gordon Scupholm, II*, for defendant on appeal.

Before: R. B. BURNS, P. J., and FITZGERALD and V. J. BRENNAN, JJ.

MEMORANDUM OPINION. Defendant pleaded guilty to attempted larceny in a building and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.